RED EAGLES, SUPREME COUNCIL, et al., Respondents, *v.* MICHAEL REGAN et al., Appellants.

Red Eagles, Supreme Council, v. Regan, 171 App. Div. 883, affirmed. (Argued March 8, 1918; decided March 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 13, 1915, *unanimously* affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term. The defendants

were officers of Buffalo Council No. 155, Order of Red Eagles. At a meeting of said council a resolution was adopted to sever its connection with the plaintiff Supreme Council and form an independent order. A further resolution was adopted turning over all moneys in its treasury to defendant Regan as trustee for the benefit of the members. This action was brought to restrain the defendants from appropriating the funds or using the property of the council. The judgment entered restrained and enjoined the defendants from using the property and moneys of the Red Eagles, Supreme Council, and Buffalo Council No. 155, Order of Red Eagles, and directed that the ritual, paraphernalia and property of the Red Eagles, Supreme Council, and Buffalo Council No. 155, be turned over to the Red Eagles, Supreme Council, or to Buffalo Council No. 155, Order of Red Eagles, and that the defendants pay over to the treasurer of Buffalo Council No. 155, Order of Red Eagles, the sum of $4,564.89, taken from the treasury of Buffalo Council, with accrued interest.

*John T. Ryan* for appellants.

*S. Fay Carr* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.